76PROB 12C
(7/93)

Report Date: January 6, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ever Diaz-Maldonado        Case Number: 2:10CR00169-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: June 14, 2011

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: October 24, 2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 23, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1            **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

2            **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

             **Supporting Evidence**: On December 29, 2013, Mr. Diaz-Maldonado was arrested by a U.S. Border Patrol agent near Big Field, Arizona. Mr. Diaz-Maldonado pled guilty in the District of Arizona on January 2, 2014, to Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1), as evidenced by the judgment filed in the District of Arizona, case number 14PO19986-LAB.

Prob12C
**Re: Diaz-Maldonado, Ever**
**January 6, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/06/2014

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[s]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

1/6/14

Date